UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZANE HUBBARD,

      Plaintiff,

  v.

CORCORAN STATE PRISON, et al.,

      Defendants.

No. 2:13-cv-2212 CKD P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The allegations in plaintiff's complaint indicate that plaintiff's claims arose in Kings and Kern Counties which are within the geographic area covered by the Fresno Division of this court. See Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court may be transferred to the proper division. Therefore, this action will be transferred to the Fresno Division.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

/////

/////

1

    2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: October 28, 2013

_CAROLYN K. DELANEY_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] hubb2212.22